IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GBEKE MICHAEL AWALA,

    Plaintiff,

v.                                                                    CASE NO. 4:07-cv-00245-MP-WCS

M. RONY FRANCOIS, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed for failure either to pay the filing fee, or to file the necessary motion requesting leave to proceed *in forma pauperis*, and for failure to obey an order of court. The Magistrate Judge filed the Report and Recommendation on Wednesday, August 8, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were filed.

By prior order, Plaintiff was directed to pay the filing fee for this case, or file the necessary motion requesting leave to proceed *in forma pauperis* by July 30, 2007. Doc. 4. Plaintiff failed to do either. Finally, the Magistrate afforded Plaintiff an opportunity to show cause for his failure to respond by filing a motion for reconsideration. Because Plaintiff has not complied with any of these orders, and has not otherwise prosecuted his lawsuit, the Court agrees with the Magistrate that this case should be dismissed. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should

be adopted.  Accordingly, it is hereby

> **ORDERED AND ADJUDGED:**
>
> 1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.
>
> 2. This case be DISMISSED without prejudice.
>
> **DONE AND ORDERED** this  *12th* day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
